**D. B. HEINER, Collector of Internal Revenue for the Twenty-Third District of Pennsylvania, Appellant, v. SPEAR & COMPANY, a Corporation, Appellee.**

No. 4886.

Circuit Court of Appeals, Third Circuit.

Oct. 27, 1932.

Louis E. Graham, U. S. Atty., and John A. McCann, Sp. Atty., Bureau of Internal Revenue, both of Pittsburgh, Pa., for appellant.

Smith, Shaw, McClay & Seifert and Eugene Strassburger, all of Pittsburgh, Pa., for appellee.

## Order

PER CURIAM.

Pursuant to the prayer of the above and foregoing petition, and the Court having been fully advised in the premises, it is hereby ordered that this appeal be, and it hereby is, dismissed, and the judgment of the District Court of the United States for the Western District of Pennsylvania, rendered December 24, 1931, in favor of the plaintiff is affirmed. It is further ordered that the mandate of this court issue forthwith.

**Vilhelm Engerbrecht HENDRIKSEN, Appellant, v. Luther WEEDIN, as United States Commissioner of Immigration at the Port of Seattle, Appellee.**

No. 6848.

Circuit Court of Appeals, Ninth Circuit.

Nov. 16, 1932.

Wright & Wright and Hugh C. Todd, all of Seattle, Wash., for appellant.

Anthony Savage, U. S. Atty., and Hamlet P. Dodd, Asst. U. S. Atty., both of Seattle, Wash. (John F. Dunton, U. S. Immigration Service, of Seattle, Wash., on the brief), for appellee.

Before WILBUR and SAWTELLE, Circuit Judges.

WILBUR, Circuit Judge.

The order of reversal entered November 7, 1932, is vacated. The opinion filed on that date is withdrawn, and the order of the trial court is affirmed upon the authority of the decision of the Supreme Court in United States ex rel. Leo Stapf v. Edward Corsi, 53 S. Ct. 40, 77 L. Ed. ——, rendered November 7, 1932.